# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Jason Michael Mussehl,

        Plaintiff,


v.                              **Order**
                              Civil File No. 06-2985 (MJD/JJG)

Ramsey County Sheriff's
Department, et al,

        Defendants.
_____

Jason Michael Mussehl pro se.

No appearance for Defendant.

_____


Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**
that:

1.     Plaintiff Jason Michael Mussehl's letter request for additional time to
respond to Magistrate Judge Jeanne Graham's Report and
Recommendation dated July 20, 2006 is **GRANTED** [Doc. No. 5].

2.     Plaintiff shall file any responses to the Report and Recommendation
no later than October 7, 2006.


Dated: August 16, 2006        s / Michael J. Davis_____
                                   Judge Michael J. Davis
                                   United States District Court